# EXHIBIT "B"

# DECLARATION OF JENNIFER GOURLEY IN SUPPORT OF DEFENDANTS, SYSCO CENTRAL ALABAMA, INC. AND SYSCO CORPORATION'S NOTICE OF REMOVAL

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BARB'S COUNTRY KITCHEN LLC,**<br><br>　　**Plaintiff,**<br><br>vs.<br><br>**SYSCO CENTRAL ALABAMA, INC., SYSCO CORPORATION, and FICTITIOUS DEFENDANTS "A," "B," and "C,"**<br><br>　　**Defendants.** | Case No. _____<br><br>DEFENDANT'S DECLARATION IN SUPPORT OF NOTICE OF REMOVAL |

## DECLARATION OF JENNIFER GOURLEY
## IN SUPPORT OF DEFENDANTS, SYSCO CENTRAL ALABAMA, INC.,
## AND SYSCO CORPORATION'S
## NOTICE OF REMOVAL

I, Jennifer Gourley, declare as follows:

1. I provide this declaration in support of the Notice of Removal of Defendants, Sysco Central Alabama, Inc. and Sysco Corporation.

2. I declare that the following statements are true based upon my personal knowledge and based upon my review of the books and records of Sysco Central Alabama, Inc. and Sysco Corporation, which books and records are kept and maintained in the ordinary course of the regularly conducted business activity of Sysco Central Alabama, Inc. and Sysco Corporation, and which books and records reflect entries that are noted in the records at or near the time the event occurred, by either a person with knowledge or a person whose duties include recording this information, which was transmitted by a person with knowledge, and which are regularly used and relied upon by Sysco Central Alabama, Inc. and Sysco Corporation in the course of business. If called upon to testify, I could and would competently testify to the information in this Declaration, and I am authorized to make this Declaration for the Defendants.

41972143;1

3. I am the Market CFO for the South Market of Sysco Corporation. Sysco Corporation (NYSE: SYY) is a publically traded Delaware corporation that has its principal place of business at 1390 Enclave Parkway, Houston, Texas 77077.

4. Sysco Corporation's books and records reflect that that the following Sysco affiliates service customers in Alabama, and these Sysco affiliates also do from time to time impose "fuel surcharges" on customers in Alabama:

(i) One of the named defendants, Sysco Central Alabama, Inc., a Delaware corporation with its principal place of business at 1000 Sysco Drive, Calera, Alabama 35040.

(ii) Sysco Gulf Coast, Inc., a Delaware corporation with its principal place of business at 2001 West Magnolia Avenue, Geneva, Alabama 36340.

Each of the above-described Sysco Corporation affiliates are wholly owned by Sysco Holdings, LLC, a Delaware limited liability company with its principal place of business at 1390 Enclave Parkway, Houston, Texas. Sysco Corporation is the sole member of Sysco Holdings, LLC.

5. The Sysco Corporation affiliate that had a customer relationship with Plaintiff, Barb's Country Kitchen, LLC ("Barb's Country Kitchen") is Sysco Central Alabama, Inc.

6. In providing this Declaration, Sysco Central Alabama, Inc. and Sysco Corporation deny all liability for the matters addressed in Plaintiff's Amended and Restated Class Action Complaint, but gives this Declaration for jurisdictional purposes only.

7. Barb's Country Kitchen filed and served its Amended and Restated Class Action Complaint filed on May 31, 2017 ("Plaintiff's Class Action Complaint."), seeking to bring a class action involving a proposed class of Alabama persons and/or Alabama entities who paid Sysco Corporation or Sysco Central Alabama, Inc. "fuel surcharges" and/or other similar charges from March 22, 2015 through March 22, 2017. *See* Plaintiff's Class Action Complaint ¶ 9, ¶ 10. Barb's Country Kitchen purports to bring this action as an Alabama class action pursuant to Rule 23 of

2

the Alabama Rules of Civil Procedure. Id. at ¶ 8. The exact number of class members is alleged to be unknown to the Plaintiff, but Plaintiff's Class Action Complaint further alleged the number of class members would be ascertainable from Defendants' own records. Id. at ¶ 12. I am advised that the class period included in Plaintiff's Class Action Complaint does not control, but the class period can instead be defined by the time frame during which the Defendants' challenged fuel surcharge assessment practice continued (which was March 2011 to present), subject to any legal constraints imposed by the applicable statutes of limitations described below.

8. I understand that Barb's Country Kitchen contends in Plaintiff's Class Action Complaint that Sysco Corporation and Sysco Central Alabama, Inc. charged and collected improper, misrepresented, excessive, and deceptive "fuel surcharges" from Barb's Country Kitchen and putative class members throughout the State of Alabama, and that Defendants are also alleged to have suppressed material facts in their effort to have the "fuel surcharge" appear to be a legitimate fee that was related to actual or increased costs of fuel. Id. at ¶¶ 1, 22-23. The claims for relief Barb's Country Kitchen attempts to assert against the Defendants, Sysco Corporation and Sysco Central Alabama, Inc. in Plaintiff's Class Action Complaint are:

(i) The first cause of action for misrepresentation, which I am advised under Section 6-2-38 of the Alabama Code is subject to a two (2) year statute of limitations;

(ii) The second cause of action for suppression, which I am advised under Section 6-2/38 of the Alabama Code is also subject to a two (2) year statute of limitations;

(iii) The third cause of action for unjust enrichment, which I am advised is subject to either Alabama's two (2) year catchall statute of limitations under Section 6-2-38 of the Alabama Code or the six (6) year contract statute of limitations under Section 6-2-34 of the Alabama Code; and

(iv) The fourth cause of action for breach of contract, which I am advised under Section 6-2-34 of the Alabama Code is subject to the six (6) year contract statute of limitations.

9. The books and records reflect that Sysco Corporation and its affiliates in Alabama

3

began charging and collecting fuel surcharges from persons or entities in Alabama in <u>March 2011</u>, which is the same month and year the six (6) year statute of limitations that I am advised defines the commencement of the class period for a breach of contract claim in Alabama begins to run. Accordingly, Defendants have been placed on notice by Plaintiff's Class Action Complaint that the time frame for identifying class members and the amount of fuel surcharges which Plaintiffs' Class Action Complaint has placed in controversy is from <u>March 2011 to May 2017</u>. The start date is correct because Sysco Corporation began assessing fuel surcharges in March 2011, and the end date is correct because Plaintiff's Amended Class Action Complaint was filed May 31, 2017.

10. Sysco Central Alabama, Inc. and Sysco Gulf Coast, Inc. are the two (2) Sysco Corporation affiliates that have charged and collected "fuel surcharges" from persons and entities in Alabama from March 2011 through May 2017. Based on my review of and familiarity with the information described above, as well as based on my own personal knowledge and access to Sysco Corporation business records, Sysco Central Alabama, Inc. and Sysco Gulf Coast, Inc. have more than 100 Alabama customers who paid a fuel surcharge during the period of March 2011 through May 2017. Sysco Corporation business records show that the number of Sysco Gulf Coast, Inc. customers shipped to in Alabama is <u>2,023</u> since July 2013, and the number of Sysco Central Alabama, Inc. customers shipped to in Alabama was <u>2,732</u> in FY2012, <u>2,660</u> in FY2013, <u>2,558</u> in FY2014, <u>2,424</u> in FY2015, <u>2,419</u> in FY2016 and <u>2,247</u> in FY2017.

11. I recently reviewed the amount of revenues recognized by the above-described affiliates of Sysco Corporation attributable to the fuel surcharge for a large portion of the relevant time period, which I understand to be May 2013 through May 2017. Sysco Corporation's data source did not have ready access to fuel surcharge information for May 2013 through June 2013, but I was able to access and ran Sysco Corporation's EDW Reports for fuel surcharges for July

4

2013 through May 2017, and I have attached a true and correct copy of this report as **Exhibit "1"**. The business records of Sysco Corporation, specifically including but not limited to the EDW Report for fuel surcharges for July 2013 through May 2017, attached as **Exhibit "1"**, reflects the fuel surcharges paid to Sysco Gulf Coast, Inc. and Sysco Central Alabama, Inc. by Alabama persons or entities residing in Alabama for each month from July 2013 through May 2017. The data is kept and maintained in the ordinary course of business. The total amount of fuel surcharges that include Sysco Gulf Coast, Inc. (Alabama customers only) and Sysco Central Alabama, Inc. is **$4,159,445**. The report attached as **Exhibit "1"** and the amounts referred to hereinabove do not attempt to set forth any fuel revenue derived from charges other than the type of fuel surcharge challenged in Plaintiff's Class Action Complaint.

12. The relevant time frame which Plaintiffs' Class Action Complaint has placed in controversy is from March 2011 through May 2017, but the report attached as **Exhibit "1"** only covers July 2013 through May 2017, so estimates of fuel surcharges using a simple average calculation are used for FY2012 (which begins July 1, 2011 and ends June 30, 2012) and for FY2013 (which begins July 1, 2012 and ends June 30, 2013). The estimated fuel surcharge revenue for FY2012 as calculated by Sysco Corporation is **$1,092,350** and the estimated fuel surcharge revenue for FY2013 as calculated by Sysco Corporation is **$1,092,350**. When these fuel surcharge estimates are added to the actual **$4,159,445** amount shown on **Exhibit "1"**, the total fuel surcharge amount in controversy equals **$6,344,145**[1] for the period of July 2011 through May 2017. See **Exhibit "2"** for a breakdown of the numbers used to arrive at the **$6,344,145** total amount. These figures include the **$4,159,445** amount Sysco Corporation records reflect was

---

[1] This figure excludes transportation revenue described by any other term, such as delivery, pickup, mileage, freight, etc. and fuel revenue associated with refueling fees paid in advance of the rental, as well as other charges associated with the refueling, such as fuel delivery fees, and fuel charges for propane tank rentals and refills of propane tanks.

already paid by Alabama persons or Alabama entities for the fuel surcharges challenged by Plaintiff's Class Action Complaint for July 2013 through May 2017, and also estimates the additional amounts paid for the fuel surcharge challenged by Plaintiff's Class Action Complaint for July 2011 through June 2013, to arrive at the total amount in controversy, which is **$6,344,145.** This amount does not include any interest, attorney's fees or costs.

13.   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of June, 2017

_____
**JENNIFER GOURLEY**

# EXHIBIT "1" TO DECLARATION

Fiscal YQMW    (Multiple Items)
Item Nbr       6592893

| Net Sales Actual Fiscal Year | Fiscal Month | ProfitCenterName Central Alabama - Sysco | Gulf Coast - Sysco | Grand Total |
|---|---|---|---|---|
| FY2014 | Jul, FY2014 | $37,836 | $44,352 | $82,187 |
| FY2014 | Aug, FY2014 | $41,164 | $44,905 | $86,069 |
| FY2014 | Sep, FY2014 | $51,869 | $54,027 | $105,896 |
| FY2014 | Oct, FY2014 | $43,567 | $46,435 | $90,001 |
| FY2014 | Nov, FY2014 | $43,337 | $42,095 | $85,431 |
| FY2014 | Dec, FY2014 | $46,337 | $45,086 | $91,422 |
| FY2014 | Jan, FY2014 | $39,221 | $38,409 | $77,630 |
| FY2014 | Feb, FY2014 | $41,427 | $42,017 | $83,444 |
| FY2014 | Mar, FY2014 | $53,856 | $58,041 | $111,896 |
| FY2014 | Apr, FY2014 | $45,028 | $49,675 | $94,702 |
| FY2014 | May, FY2014 | $42,973 | $49,676 | $92,649 |
| FY2014 | Jun, FY2014 | $51,746 | $60,591 | $112,337 |
| FY2015 | Jul, FY2015 | $39,093 | $46,147 | $85,240 |
| FY2015 | Aug, FY2015 | $42,771 | $44,860 | $87,631 |
| FY2015 | Sep, FY2015 | $54,303 | $53,615 | $107,917 |
| FY2015 | Oct, FY2015 | $43,959 | $45,622 | $89,581 |
| FY2015 | Nov, FY2015 | $43,043 | $43,193 | $86,236 |
| FY2015 | Dec, FY2015 | $45,593 | $46,929 | $92,522 |
| FY2015 | Jan, FY2015 | $35,694 | $38,993 | $74,687 |
| FY2015 | Feb, FY2015 | $38,082 | $42,092 | $80,174 |
| FY2015 | Mar, FY2015 | $47,919 | $56,689 | $104,608 |
| FY2015 | Apr, FY2015 | $39,655 | $45,548 | $85,203 |
| FY2015 | May, FY2015 | $38,661 | $45,709 | $84,370 |
| FY2015 | Jun, FY2015 | $46,837 | $56,306 | $103,143 |
| FY2016 | Jul, FY2016 | $35,918 | $46,832 | $82,750 |
| FY2016 | Aug, FY2016 | $35,895 | $47,845 | $83,740 |
| FY2016 | Sep, FY2016 | $47,646 | $57,498 | $105,144 |
| FY2016 | Oct, FY2016 | $39,297 | $47,040 | $86,337 |
| FY2016 | Nov, FY2016 | $39,167 | $44,090 | $83,257 |
| FY2016 | Dec, FY2016 | $43,640 | $47,667 | $91,307 |
| FY2016 | Jan, FY2016 | $36,041 | $40,146 | $76,187 |
| FY2016 | Feb, FY2016 | $39,368 | $40,859 | $80,227 |
| FY2016 | Mar, FY2016 | $49,204 | $54,599 | $103,803 |
| FY2016 | Apr, FY2016 | $39,555 | $44,179 | $83,734 |
| FY2016 | May, FY2016 | $38,254 | $43,925 | $82,179 |
| FY2016 | Jun, FY2016 | $53,698 | $69,716 | $123,414 |
| FY2017 | Jul, FY2017 | $35,494 | $39,431 | $74,925 |
| FY2017 | Aug, FY2017 | $37,608 | $39,096 | $76,704 |
| FY2017 | Sep, FY2017 | $45,489 | $52,120 | $97,609 |
| FY2017 | Oct, FY2017 | $37,038 | $41,827 | $78,865 |
| FY2017 | Nov, FY2017 | $35,055 | $37,369 | $72,424 |
| FY2017 | Dec, FY2017 | $42,133 | $43,546 | $85,679 |

| | | | | |
|---|---|---|---|---|
| FY2017 | Jan, FY2017 | $33,774 | $35,375 | $69,149 |
| FY2017 | Feb, FY2017 | $35,994 | $37,970 | $73,964 |
| FY2017 | Mar, FY2017 | $45,103 | $51,844 | $96,947 |
| FY2017 | Apr, FY2017 | $36,615 | $41,328 | $77,943 |
| FY2017 | May, FY2017 | $36,331 | $41,853 | $78,184 |
| **Grand Total** | | **$1,972,282** | **$2,187,162** | **$4,159,445** |

# EXHIBIT "2" TO DECLARATION

| | |
|---|---|
| FY12 (Est. using simple avg) | $1,092,350 |
| FY13 (Est. using simple avg) | $1,092,350 |
| FY2014 | $1,113,663 |
| FY2015 | $1,081,309 |
| FY2016 | $1,082,079 |
| FY2017 (11 months) | $882,394 |
| **Total** | **$6,344,145** |