# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| BARB'S COUNTRY KITCHEN, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SYSCO CENTRAL ALABAMA, INC., ) <br> and SYSCO CORPORATION, ) <br> ) <br> Defendants. ) | Case No.: 2:17-cv-00413-WC |

## PLAINTIFF'S MOTION TO STAY CONSIDERATION OF DEFENDANTS' MOTION TO DISMISS AMENDED AND RESTATED COMPLAINT WITH PREJUDICE

COMES NOW Plaintiff Barb's Country Kitchen, LLC and moves this Court to stay the briefing and consideration of the motion to dismiss filed by Defendants Sysco Central Alabama, Inc. and Sysco Corporation. As grounds for this motion, Plaintiff states as follows:

1. On June 29, 2017, Defendants Sysco Central Alabama, Inc. and Sysco Corporation filed a Notice of Removal, removing this matter from the Circuit Court of Barbour County, Alabama, Eufaula Division. (Doc. 1).

2. On July 5, 2017, Defendants Sysco Central Alabama, Inc. and Sysco Corporation filed a motion to dismiss (Doc. 5).

3. Plaintiff's deadline to file a motion to remand explaining why this matter is due to be remanded to the Circuit Court of Barbour County, Alabama, Eufaula Division, is July 31, 2017.

4. On July 7, 2017, the Court issued an order directing Plaintiff to file a written response to the motion to dismiss by July 28, 2017.

5. This Court must first consider Plaintiff's motion to remand because a federal court lacking subject-matter jurisdiction may not rule on other pending motions, including a motion to dismiss. *See* 14C Charles A. Wright, et al. *Federal Practice and Procedure* § 3739 (4th ed. 2009); *see also Nichols v. Se. Health Plan of Ala., Inc.*, 859 F. Supp. 553, 558 (S.D. Ala. 1993).

6. Federal district courts routinely stay consideration of a motion to dismiss until after the resolution of a motion to remand and defer requiring a plaintiff to respond to such a motion to dismiss until after a motion to remand has been denied. Such deferral is warranted since there is no useful purpose in requiring a response if the federal district court lacks jurisdiction to hear the motion to dismiss.

7. Counsel for Plaintiff has conferred with counsel for Defendants and been informed that the Defendants do not oppose a stay on the briefing on the motion to dismiss until the motion to remand is ruled upon.

WHEREFORE, Plaintiff requests this Court to stay the briefing and consideration of Defendants' motion to dismiss until Plaintiff's motion to remand has been ruled upon.

Respectfully submitted,


   s/   Rodney E. Miller
Robert G. Methvin, Jr. (ASB-6206-V68R)
Rodney E. Miller (ASB-0130-R73M)
Patrick C. Marshall (ASB-4899-V63H)
Courtney C. Gipson (ASB-5152-Q91K)
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, AL  35205
Telephone:	(205) 939-0199
Facsimile:	(205) 939-0399
E-mail:	rgm@mmlaw.net
	rem@mmlaw.net
	pmarshall@mmlaw.net
	cgipson@mmlaw.net


Richard A. Harrison, Esq.
Post Office Box 339
Eufaula, Alabama  36072-0339
E-mail:	richardaharrison@bellsouth.net


*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Michael B. Beers, Esq.
Carol T. Montgomery, Esq.
**BUTLER SNOW**
250 Commerce Street
Suite 100
Montgomery, Alabama  36104
E-mail:   mike.beers@butlersnow.com
          carol.montgomery@butlersnow.com
(*Attorneys for the Sysco Defendants*)

T. Todd Pittenger, Esq.
London L. Ott, Esq.
**AKERMAN, LLP**
420 South Orange Avenue
Suite 1200
Orlando, Florida  32801-4904
E-mail:   todd.pittenger@akerman.com
          London.ott@akerman.com
(*Attorneys for the Sysco Defendants*)

Joseph F. Welborn, III, Esq.
**BUTLER SNOW, LLP**
150 Third Avenue
Suite 1600
Nashville, TN  37201
E-mail:   joe.welborn@butlersnow.com
(*Attorney for the Sysco Defendants*)

    s/   Rodney E. Miller
**OF COUNSEL**