IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARB'S COUNTRY KITCHEN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No:  2:17-cv-413-WC |
| | ) | |
| SYSCO CENTRAL ALABAMA, INC., | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Plaintiff's unopposed Motion to Stay Consideration of Defendant's Motion to Dismiss Amended and Restated Complaint with Prejudice (Doc. 15), it is

ORDERED that the motion is GRANTED.  Plaintiff's deadline for responding to the motion to dismiss is STAYED pending the court's ruling on Plaintiff's anticipated motion to remand.

DONE this 19th day of July, 2017.

/s/ Wallace Capel, Jr.
CHIEF UNITED STATES MAGISTRATE JUDGE