IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BARB'S COUNTRY KITCHEN, LLC, ) ) ) | |
| Plaintiff, ) ) | |
| ) | CIVIL ACTION NO. |
| v. ) ) | 2:17cv413-MHT |
| SYSCO CENTRAL ALABAMA INC., and SYSCO CORPORATION, ) ) ) ) | |
| Defendants. ) | |

## ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C. § 636, this case is referred to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 20th day of July, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**