IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BARB'S COUNTRY KITCHEN, LLC, ) ) ) | |
|     Plaintiff, ) ) | |
|     v. ) ) | CIVIL ACTION NO. 2:17cv413-MHT |
| SYSCO CENTRAL ALABAMA INC., and SYSCO CORPORATION, ) ) ) ) | |
|     Defendants. ) | |

**ORDER**

It is ORDERED that the referral to magistrate judge order (doc. no. 18) is dissolved.

DONE, this the 2nd day of November, 2017.

                                      /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**