# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BARB'S COUNTRY KITCHEN, LLC,** ) | **CIVIL ACTION NO.: 2:17-cv-00413-WC** |
| ) | |
| PLAINTIFF, ) | |
| v. ) | |
| ) | |
| **SYSCO CENTRAL ALABAMA, INC., SYSCO CORPORATION and FICTITIOUS DEFENDANTS "A," "B," AND "C,",** ) ) ) ) | |
| DEFENDANTS. ) | |
| ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Barb's Country Kitchen, LLC, and Defendants Sysco Central Alabama, Inc. and Sysco Corporation, by and through counsel, and stipulate that this matter be dismissed with prejudice.

Respectfully submitted this 10th day of December, 2018.

**ALL COUNSEL SO NOTED BELOW HAVE REVIEWED THIS DOCUMENT AND HAVE CONSENTED TO ITS ELECTRONIC FILING**

| | |
|---|---|
| /s/Courtney Cooper Gipson<br>**COURTNEY COOPER GIPSON**<br>**ROBERT G. METHVIN, JR.**<br>**RODNEY E. MILLER**<br>**PATRICK C. MARSHALL**<br>MCCALLUM, METHVIN<br> & TERRELL, P.C.<br>2201 Arlington Avenue South<br>Birmingham, Alabama 35205<br>Telephone: (205) 939-0199<br>Facsimile: (205) 939-0399<br>cgipson@mmlaw.net<br>rgm@mmlaw.net<br>rem@mmlaw.net<br>pmarshall@mmlaw.net<br>*Attorneys for Plaintiff* | /s/ *Michael B. Beers*<br>**MICHAEL B. BEERS**<br>**[BEERM4992]**<br>BUTLER SNOW LLP<br>250 Commerce Street<br>Suite 100<br>Telephone (334) 832-2900<br>Facsimile (334) 832-2901<br>michael.beers@butlersnow.com<br>*Attorney for Defendants Sysco Central Alabama, Inc., and Sysco Corporation* |
| /s/Richard A. Harrison<br>**RICHARD A. HARRISON**<br>LAW OFFICES OF<br>RICHARD A. HARRISON<br>104 East Broad Street<br>Eufaula, Alabama 36027<br>Telephone: (334) 687-4824 | /s/ *London L. Ott*<br>**LONDON L. OTT (Pro Hac Vice)**<br>Florida Bar No.: 95058<br>AKERMAN LLP<br>420 South Orange Ave., Suite 1200<br>Orlando, Florida 32801-4904<br>Phone:  (407) 423-4000<br>Fax:  (407) 843-6610<br>email: London.ott@akerman.com<br>*Attorney for the Defendants Sysco Central Alabama, Inc., and Sysco Corporation* |

45261548.v1