IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARB'S COUNTY KITCHEN, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIV. ACT. NO. 2:17-cv-413-ECM |
| ) | |
| SYSCO CENTRAL ALABAMA, ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the parties' Joint Stipulation of Dismissal (doc. # 30) filed on December 10, 2018, which comports with FED.R.CIV.P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 11th day of December, 2018.

                                                   /s/ Emily C. Marks
                                             EMILY C. MARKS
                                             UNITED STATES DISTRICT JUDGE